**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| VS. | * | NO: 4:08CR00181 SWW |
| | * | |
| JAMES BLACKMAN ROBERTS | * | |
| | * | |
| | * | |
| | | *consolidated with* |
| SECURITIES AND EXCHANGE COMMISSION | * | |
| | * | |
| | * | NO: 4:07CV00786 SWW |
| VS. | * | |
| | * | |
| JAMES BLACKMAN ROBERTS, ET AL. | * | |
| | * | |

**<u>Order Approving Sale</u>**

CAME ON for consideration the Receiver's Unopposed Motion to Approve Sale, and the Court, finding the Motion to be well-taken, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Receiver is authorized to sell the subject Property on the terms as set forth in the sale contract tendered as a part of the Appendix filed in support of the Motion.

IT IS FURTHER ORDERED that the Receiver may, at closing on said contract, execute a deed sufficient to convey title to the Property described in the sale contract, to wit – Part E ½, SW ¼, NE ¼, Section 20, T10N, Cleburne County, AR containing 5.11 acres M/L and all

improvements a/k/a 54 Natures Trail, Heber Springs, AR 72542.

IT IS FINALLY ORDERED that the net proceeds of said sale shall be paid to the Receiver to be employed consistent with the orders of this Court.

SIGNED this 29th day of _September, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE