## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO: 4:08CR00181 SWW |
| | * | |
| JAMES BLACKMAN ROBERTS | * | |
| | * | |
| | | *consolidated with* |
| SECURITIES AND EXCHANGE COMMISSION | * | |
| | * | |
| VS. | * | NO: 4:07CV00786 SWW |
| | * | |
| JAMES BLACKMAN ROBERTS, ET AL. | * | |

## ORDER

By order entered December 2, 2008, the Court directed the United States to brief the Court, within twenty days from entry of the order, regarding the United States' position as to whether additional receivership assets should be expended for the recovery of assets located in Costa Rica. No brief has been filed. Accordingly, the Court directs the United States to brief the Court as ordered within ten days from the entry date of this order.

IT IS SO ORDERED THIS 13TH DAY OF JANUARY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE