**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA

v.                          NO. 4:08CR00181-001 SWW

JAMES BLACKMAN ROBERTS

---

SECURITIES AND EXCHANGE COMMISSION

v.                          NO. 4:07CV00786  SWW

JAMES BLACKMAN ROBERTS

---

## ORDER AMENDING JUDGMENT

Before the Court is the government's motion to amend judgment as to the priority of payment of restitution to victims. The Court finds that the government's proposals are equitable and reasonable, and therefore **grants** the government's motion to amend [doc #41] and directs that the judgment be amended as follows:

1) Restitution is payable to the victims of the offense as listed in Attachment A in the amount of $43,456,874.40.

2) Priority in the repayment of restitution is given to those victims listed in Attachment B to this order, therefore, the Clerk of the Court is directed to fully compensate those victims pro rata prior to applying funds to any of the remaining victims in Attachment A to this order.

3) The United States is directed to seek current mailing addresses, to the extent practicable, for those victims in Attachment A

who are not on Attachment B, and provide such addresses to the Clerk of the Court.  The United States is further directed to provide the Clerk with an Excel spreadsheet containing Attachment A and B, with a formula to determine pro rata payments.

4)   At such time as victims in attachment B have been fully compensated, the Clerk of the Court is directed to apply any funds retained or collected thereafter to the remaining victims.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED THIS 3RD DAY OF FEBRUARY, 2010.


/S/SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE